AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

# UNITED STATES DISTRICT COURT
for the

FILED by **ja** D.C.

AUG 12 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT
S.D. of FLA. – MIAMI

Detainees of C-1 Dorm of the Glades County Detention Center
_____
Petitioner

v.

Glades County Detention Center
I.C.E. and
Telmate
_____
Respondent
(name of warden or authorized person having custody of petitioner)

Case No. 14-22964-CV-Williams/White
(Supplied by Clerk of Court)

## PETITION FOR A WRIT OF HABEAS CORPUS UNDER 28 U.S.C. § 2241

**Personal Information**

1. (a) Your full name: C-1 DoRm All names are attached to petition on pg 5
   (b) Other names you have used: _____
2. Place of confinement:
   (a) Name of institution: Glades County Detention Center
   (b) Address: P.O. Box 39, Moore Haven, FL 33471
   cat/div 22M / 530 / MIAMI-DADE
   (c) Your identification number: _____
   Case #: _____
3. Are you currently being held on orders by:
   ☐ Federal authorities   ☐ State authorities   ☑ Other - explain:
   Judge _____ Mag. PAW
   Motn Ifp YES   Fee pd $ NO
   Receipt # _____
   I.C.E Detainees
4. Are you currently:
   ☐ A pretrial detainee (waiting for trial on criminal charges)
   ☐ Serving a sentence (incarceration, parole, probation, etc.) after having been convicted of a crime
     If you are currently serving a sentence, provide:
     (a) Name and location of court that sentenced you: _____
     (b) Docket number of criminal case: _____
     (c) Date of sentencing: _____
   ☑ Being held on an immigration charge
   ☐ Other (explain): _____

Page 2 of 10

SCANNED

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Decision or Action You Are Challenging

5. What are you challenging in this petition:
   ☐ How your sentence is being carried out, calculated, or credited by prison or parole authorities (for example, revocation or calculation of good time credits)
   ☐ Pretrial detention
   ☐ Immigration detention
   ☐ Detainer
   ☐ The validity of your conviction or sentence as imposed (for example, sentence beyond the statutory maximum or improperly calculated under the sentencing guidelines)
   ☐ Disciplinary proceedings
   ☒ Other *(explain)*: Condition of Confinement

6. Provide more information about the decision or action you are challenging:
   (a) Name and location of the agency or court: N/A
   (b) Docket number, case number, or opinion number:
   (c) Decision or action you are challenging *(for disciplinary proceedings, specify the penalties imposed)*:
   (d) Date of the decision or action:

## Your Earlier Challenges of the Decision or Action

7. **First appeal**
   Did you appeal the decision, file a grievance, or seek an administrative remedy?
   ☐ Yes           ☐ No
   (a) If "Yes," provide:
       (1) Name of the authority, agency, or court: N/A
       (2) Date of filing:
       (3) Docket number, case number, or opinion number:
       (4) Result:
       (5) Date of result:
       (6) Issues raised:

AO 242 (12/11)  Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(b) If you answered "No," explain why you did not appeal: _____

8. **Second appeal**

   After the first appeal, did you file a second appeal to a higher authority, agency, or court?

   ☐ Yes            ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____   *N/A*
   (5) Date of result: _____
   (6) Issues raised: _____

   (b) If you answered "No," explain why you did not file a second appeal: _____

9. **Third appeal**

   After the second appeal, did you file a third appeal to a higher authority, agency, or court?

   ☐ Yes            ☐ No

   (a) If "Yes," provide:

   (1) Name of the authority, agency, or court: _____

   (2) Date of filing: _____   *N/A*
   (3) Docket number, case number, or opinion number: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

_____

(b) If you answered "No," explain why you did not file a third appeal: _____

10. **Motion under 28 U.S.C. § 2255**

   In this petition, are you challenging the validity of your conviction or sentence as imposed?

   ❏ Yes   ❏ No

   If "Yes," answer the following:

   (a) Have you already filed a motion under 28 U.S.C. § 2255 that challenged this conviction or sentence?

   ❏ Yes   ❏ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: N/A

   (b) Have you ever filed a motion in a United States Court of Appeals under 28 U.S.C. § 2244(b)(3)(A), seeking permission to file a second or successive Section 2255 motion to challenge this conviction or sentence?

   ❏ Yes   ❏ No

   If "Yes," provide:
   (1) Name of court: _____
   (2) Case number: _____
   (3) Date of filing: _____
   (4) Result: _____
   (5) Date of result: _____
   (6) Issues raised: _____

(c) Explain why the remedy under 28 U.S.C. § 2255 is inadequate or ineffective to challenge your conviction or sentence: N/A

11. **Appeals of immigration proceedings**

   Does this case concern immigration proceedings?
   ❏ Yes            ❏ No
   If "Yes," provide:
   (a) Date you were taken into immigration custody: _____
   (b) Date of the removal or reinstatement order: _____
   (c) Did you file an appeal with the Board of Immigration Appeals?
       ❏ Yes            ❏ No
       If "Yes," provide:
       (1) Date of filing: _____
       (2) Case number: _____
       (3) Result: _____
       (4) Date of result: _____
       (5) Issues raised: _____

       N/A

   (d) Did you appeal the decision to the United States Court of Appeals?
       ❏ Yes            ❏ No
       If "Yes," provide:
       (1) Name of court: _____
       (2) Date of filing: _____
       (3) Case number: _____

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(4) Result:
(5) Date of result:
(6) Issues raised:

12. **Other appeals**

Other than the appeals you listed above, have you filed any other petition, application, or motion about the issues raised in this petition?

☐ Yes ☐ No

If "Yes," provide:

(a) Kind of petition, motion, or application:
(b) Name of the authority, agency, or court:

N/A

(c) Date of filing:
(d) Docket number, case number, or opinion number:
(e) Result:
(f) Date of result:
(g) Issues raised:

## Grounds for Your Challenge in This Petition

13. State every ground (reason) that supports your claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

GROUND ONE: Challenging the conditions of confinement
Please see attached additional pages

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

Detainees are challenging the conditions of Confinement
1, Food
2, Phone calls (Price)
3, Inadequate Law Library
4, Lack of Hot Water

(b) Did you present Ground One in all appeals that were available to you?
☐ Yes          ☒ No

**GROUND TWO:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Two in all appeals that were available to you?
☐ Yes          ☐ No

**GROUND THREE:** _____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

(b) Did you present Ground Three in all appeals that were available to you?
☐ Yes          ☐ No

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

**GROUND FOUR:** _____

_____

_____

(a) Supporting facts *(Be brief. Do not cite cases or law.)*:

_____
_____
_____
_____
_____
_____
_____

(b) Did you present Ground Four in all appeals that were available to you?
☐ Yes          ☐ No

14. If there are any grounds that you did not present in all appeals that were available to you, explain why you did not: _____

_____
_____
_____

**Request for Relief**

15. State exactly what you want the court to do: The detainees request the Court issue an order to the Responders to change the 4 Listed conditions of our Confinement.

AO 242 (12/11) Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241

## Declaration Under Penalty Of Perjury

If you are incarcerated, on what date did you place this petition in the prison mail system:

_____ August 7, 2014 _____

I declare under penalty of perjury that I am the petitioner, I have read this petition or had it read to me, and the information in this petition is true and correct. I understand that a false statement of a material fact may serve as the basis for prosecution for perjury.

Date: __08-07-14__   _____ C-1 Dorm
                              Signature of Petitioner

                              _____
                              Signature of Attorney or other authorized person, if any

WRIT OF HABEAS CORPUS UNDER 28 U.S.C. 2241
FOR: 1, TELMATE 2, FOOD 3, LAW LIBRARY 4, HOT WATER

## DETAINEES OF C-1 DORM

| # | NAME | SIGNATURE | # | NAME | SIGNATURE |
|---|---|---|---|---|---|
| 1 | Treasure Hergueta | [signed] | 32 | Cuifredo Alonz | [signed] |
| 2 | Juan C. Meza | [signed] | 33 | Norman Duhaney | [signed] |
| 3 | Julio Cesar Perez | [signed] | 34 | Mateo Cardona | |
| 4 | MARLON JACKSON | [signed] | 35 | Eduardo Jose Castro | [signed] |
| 5 | Randy Deonarinesingh | [signed] | 36 | Jesus Mayoza | [signed] |
| 6 | Alberto Hernandez | [signed] | 37 | Mohamed N Bouzid | [signed] |
| 7 | Juan Carlos Mtz | | 38 | NORMAN - JOSEPH | [signed] |
| 8 | Jose Garcia | | 39 | Noy | [signed] |
| 9 | Damiani Delgado | [signed] | 40 | Cristobal Bartolo | |
| 10 | Emarah, Muhammad | | 41 | FRANCISCO PERNIA | |
| 11 | Nilton Beris Coley | | 42 | JAIME BAUTISTA DE JESUS | |
| 12 | Jean Valcourt | | 43 | | [signed] |
| 13 | Potre Milon | | 44 | Isaias Antonio Rivera Glc | |
| 14 | Emmanuel Joseph | [signed] | 45 | Gabriel Aguirre | [signed] |
| 15 | [signed] | | 46 | Rotilio Sanchez | |
| 16 | EBERSON FLORIAL | | 47 | Benavidez Bernardo | |
| 17 | Ramesar, Jonathan | | 48 | Eustace Jones | |
| 18 | ASAIAR | [signed] | 49 | DOREL MILITAR | |
| 19 | Sen de Alixte | | 50 | Felipe Mejia | |
| 20 | Kenthen Swain | [signed] | 51 | Deron Brooks | [signed] |
| 21 | Felix Delis | | 52 | Gavin VASSELL | [signed] |
| 22 | John Sanchez | [signed] | 53 | MICHAEL HOLORA | [signed] |
| 23 | Carlos Perreos | [signed] | 54 | Tz'io Cummings | [signed] |
| 24 | Jonathan Morales | | 55 | Eduin Cabrera | |
| 25 | Lopez D'Andres | | 56 | Checho Martinez | |
| 26 | Jose Perez Portillo | [signed] | 57 | | [signed] |
| 27 | Erick Nicia | [signed] | 58 | MARCO LOGATTI | [signed] |
| 28 | Duardo Romero | [signed] | 59 | Miguel Rijo | [signed] |
| 29 | Joaquin Cardenas | | 60 | Epifanio Flores G. | |
| 30 | Jesus U Silvestre | | 61 | Jorge Fuentes | |
| 31 | Justino Duran | | 62 | ..... | |

Treasure Miragwa H
Glades County Detention Center
P.O. Box 39
Moore Haven, Florida 33471

CUSMS
INSPECTED
This mail originated from the Glades County Jail
RECEIVED

Clerk of Court
400 North Miami Ave
Room 8N09
Miami FL 33128

3312877 1699

UNITED STATES POSTAGE
PITNEY BOWES
02  $ 000.48°
0003178759  AUG 08 2014
MAILED FROM ZIP CODE 33471