# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 14-22964-CV-WILLIAMS/WHITE

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

United States District Court
For The Southern District Of
FLORIDA

FILED by ___ D.C.
AUG 12 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

Detainees of C-1 Dorm          Case No: _____
Of the Glades County
Detention Center

Vs.

Glades County Detention Center
I.C.E.
and Telmate

Additional Facts in Support of Writ of Habeas Corpus under 28 U.S.C. 2241

    Comes Now, the petitioner, Detainees of C-1 Dorm of the Glades County Detention Center, respectfully submitting this petition challenging the conditions of confinement at the Glades County Detention Center. As Detainees at this facility we request the Court issue an injunction against the above listed respondents to change the conditions of our confinement. In support thereof we list the following issues/problems we want changed at this facility:

(1)

I. Inadequate Law Library

1. At the Glades County detention center, the detainees have no access to any case law. The facility has books and computers, however, the books are outdated and the computers do not give any access to old or updated case law. We ask that the Court issue an order to the Respondents to change this because it is our right as detainees to have adequate access to a Law Library.

2. II Hot Water
   1. At the Glades County detention center, the detainees, have no access to hot water. The facility sells, through it's Commissary system: soups, Hot chocolate, and meats. The Detainees use the Hot water from the shower to cook there food. This is inhumane. We ask the Court to issue an order to the facility/Respondents to provide us with adequate Hot water.

3. III Food
   1. At the Glades County detention center the detainees, are served three meals per day. The facility posts in the dorms a menu which is never followed. The food that is served is not eatable on most days and lacks the required nutrients that a human being needs to consume on

②

on a daily basis.

2. Granted we are detainees, however, we are human beings and it is not right what is being issued to us to consume. The staff and workers are feed a seperate menu from the detainees. We request the Court issue an order to the Respondents to provide us with adequate meals.

## IV. Telmate (PHONE Calls)

1. Telmate is the company that provides the detainees with telephone service. For a detainee to communicate with their family and friends it cost them around $10.00 for a 15 minute phone call. When the detainee places the call he or she pays $3.40 cents when the receiver answers the call and then the rates add up to $10.00. These prices are incredibly high and simply outrageous.

2. To also bring to the court's attention, Telmate also provides phone service to the Krome processing center in Miami, Florida. This company charges 10 cents per minute at Krome. Therefore, the price increase at the Glades county detention center is quite substanial and should be changed.

3. We request that the Court intervene and request the Respondent, Telmate, provide sound reasoning as to the severe price increase for the telephone calls at this facility. We further request the court issue an order to the Respondent, Telmate, to lower phone rates at this

③

facility.

V. Conclusion

Wherefore, the detainees, at the Glades county detention center respectfully request this court grant this petition and order the Respondents to change the conditions of our confinement. ICE is named in this action because as detainees we are being detained at this facility by this section of the United States Government.

### Certificate of Service

We, Detainees of C-1 dorm at the Glades Detention Center, hereby certify that this document is true and correct and mailed to the clerk of court, 400 North Miami Ave, Room 8N09, Miami Florida 33128 on this the 7th day of August, 2014.

Respectfully Submitted by the detainees of C-1 Dorm at the Glades Detention Center. Names and Signatures are attached on Pg 5.

④