UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 14-CV-22964-WILLIAMS/WHITE

TREASURE HLERGWA, *et al.*,

    Petitioners,

vs.

GLADES COUNTY DETENTION
CENTER, *et al.*,

    Respondents.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court upon Magistrate Judge White's Report and Recommendation [D.E. 23]. In his Report, Judge White recommends that the petition for writ of habeas corpus, filed by 61 detainees[1] protesting the conditions of their confinement, be denied on the grounds that habeas corpus is not the appropriate vehicle for prisoner complaints over the conditions of incarceration. *Id.* at 2-3 (citing *Cook v. Hanberry*, 596 F.2d 658, 660 (5th Cir. 1979)); *see also McKinnis v. Mosely*, 693 F.2d 1054, 1056-57 (11th Cir. 1982) ("The rule then is that any challenge to the *fact* or *duration* of a prisoner's confinement is properly treated as a habeas corpus matter, whereas challenges to the *conditions* of confinement may proceed under [42 U.S.C. § 1983]..."). Petitioners have filed no objections to the Supplemental Report, and the time for doing so has expired.

---

[1] Though 61 detainees are named as petitioners in an attachment to the petition [D.E. 1 at 10], Judge White has noted that only one of the petitioners verified the petition.

Upon an independent review of the Report, the Objections, the record and applicable case law, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The conclusions in the report are **AFFIRMED AND ADOPTED**. For the reasons discussed in the Report, the petition for writ of habeas corpus is denied.

2. A Certificate of Appealability shall not issue.

3. This case is hereby DISMISSED.

4. The Clerk is directed to CLOSE the case.

DONE and ORDERED in Chambers in Miami, Florida, this 26th day of November, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Copies furnished to:
The Honorable Patrick A. White

Treasure Hlergwa
Glades County Detention Center
P.O. Box 39
Moore Haven, FL 33471